**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rudy Guillermo De Leon Cano,

Petitioner

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-02806-APG-BNW

**Order**

[ECF No. 8]

Petitioner Rudy Guillermo De Leon Cano cannot be located by his counsel, and the respondents’ attorney has not responded to her inquiries.

I THEREFORE ORDER that Cano’s motion **(ECF No. 8) is granted**. By October 21, 2026, the respondents must inform the court and Cano’s counsel of the facility at which Cano is detained. If Cano has been released or removed, the respondents must provide proof of the release and supervision order or the order of removal. The current briefing schedule is stayed until the respondents have provided this information.

Dated: October 16, 2026

Andrew P. Gordon
Chief United States District Judge