**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rudy Guillermo De Leon Cano,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents. | Case No. 2:26-cv-02806-APG-BNW<br>**Order** |

Petitioner Rudy Guillermo De Leon Cano could not be located by his counsel, and the respondents' attorney had not responded to her inquiries. Cano's counsel thus filed a motion for an order directing the respondents to advise counsel where the petitioner is located, and I granted that motion. I ordered that "[b]y October 21, 2026, the respondents must inform the court and Cano's counsel of the facility at which Cano is detained. If Cano has been released or removed, the respondents must provide proof of the release and supervision order or the order of removal." ECF No. 9. Only respondent Reggie Radar, Warden of the Henderson Detention Center, responded. ECF No. 10. Radar states only that Cano "was released from the Henderson Detention Center on September 22, 2026 at 6:15 a.m." *Id.*

Radar's response is insufficient. I ordered that if Cano was released, the respondents must provide proof of the release, but no such proof has been provided. Radar did not attach any release paperwork or otherwise provide information about whether Cano was released from custody to be at liberty, or whether he was released from the Henderson Detention Center into the custody of a law enforcement agency. The federal respondents did not respond to my order at all.

I THEREFORE ORDER that by October 26, 2026, all respondents must inform the court and Cano's counsel of the facility at which Cano is detained if he is detained. If Cano has been released or removed, the respondents must provide proof of the release, including any release or supervision order, or the order of removal. **Failure to respond to this order may result in an order to show cause why the respondents should not be held in contempt.**

Dated: October 22, 2026

Andrew P. Gordon
Chief United States District Judge